UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| YAMIDAY DALLIAH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:11-cv-02379-JLL-CCC |
| | ) |
| WELTMAN, WEINBERG & REIS CO., LPA | ) |
| | ) |
| Defendant, | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, YAMIDAY DALLIAH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 5th day of July, 2011.

/s/ Daniel P. Hartstein
Daniel P. Hartstein
LibertyView
457 Haddonfield Rd., Suite 310
Cherry Hill, NJ 08002
(856) 910-8900
danhartstein@verizon.net

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(770) 414-1002
alex@fdcpalawyeronline.com

SO ORDERED: _____
DATED: 7-19-11